**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  : No. 329 MAL 2022
:
Respondent  :
:  Petition for Allowance of Appeal
:  from the Order of the Superior Court
v.  :
:
:
TIMOTHY LOROWN JOHNSON,  :
:
Petitioner  :

## ORDER

**PER CURIAM**

   **AND NOW**, this 31st day of January, 2023, the Petition for Allowance of Appeal is **DENIED**.